No. 432. PERSEN, ANCILLARY ADMINISTRATOR, v. NATIONAL CITY Co. November 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sec-

ond Circuit denied. *Mr. Wilbur W. Chambers* for petitioner. *Mr. Joseph M. Proskauer* for respondent.